John P. Bronk and Frederick Bronk, Appellants, v. Lillian P. Bronk, Appellee.

### Division A.

Appeal from Circuit Court, Volusia county; Minor S. Jones, Judge.

James W. Perkins and Stewart & Bly for appellants.

James D. Beggs, F. W. Marsh and Geo. B. Perkins for appellee.

The bill in this cause was filed by the appellee against the appellants. There were decrees and orders for the com-

plainant, and the defendants appeal.   Decrees and orders affirmed.

Decision *Per Curiam.*